

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-11-00334-CV |
| IN THE ESTATE OF | § | Appeal from |
| RODOLFO MORALES, DECEASED. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC # 2009-P00817) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF SEPTEMBER, 2013.


SUSAN LARSEN, Senior Judge


Before McClure, C.J., Larsen, J. (Senior), and Barajas, C.J. (Senior)
Larsen, J. (Senior Judge), sitting by assignment
Barajas, C.J. (Senior Judge), sitting by assignment